UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SWIATKOWSKI,  )<br>    Petitioner,   )<br>           )<br>-v-         )<br>           )<br>MARY BERGHUIS,    )<br>    Respondent.   )<br>_____) | No. 4:06-cv-47<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  July 7, 2011                                   /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge